# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 8, 2025

### NO.  03-23-00517-CV

**Jane Stuart Watson, and George Zahar, Jr., as Administrator of the Estate of Samuel Zahar, Deceased, Appellants**

**v.**

**Shooters Billiards & Sports Bar, LLC, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on August 23, 2025.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.